No. 76–6265.   GOODWIN *v.* GEORGIA; and

No. 76–6395.   COLEMAN *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari denied.   MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari and vacate judgments insofar as they leave undisturbed the sentences of death.   See *Gregg v. Georgia,* 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting); *id.,* at 231 (MARSHALL, J., dissenting).

No. 76–718.   MAKRIS *v.* UNITED STATES, 430 U. S. 954;

No. 76–5756.   NOLEN *v.* BROWN, SECRETARY OF DEFENSE, ET AL., 429 U. S. 1104; and

No. 76–5985.   STEEL *v.* FINE ET AL., 430 U. S. 943.   Petitions for rehearing denied.

No. 76–5357.   COOPER *v.* UNITED STATES, 429 U. S. 1099.   Motion for leave to file petition for rehearing denied.

## MAY 12, 1977

No. A–917.   ADDONIZIO *v.* UNITED STATES.   Application to vacate order entered May 2, 1977, by the United States Court of Appeals for the Third Circuit, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, granted pursuant to this Court's Rule 49 (3).   Order filed April 27, 1977, by the United States District Court for the District of New Jersey is reinstated pending decision of the Court of Appeals of the appeal therefrom.   THE CHIEF JUSTICE and MR. JUSTICE REHNQUIST dissent.